AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Enterprise Products Company and Texas Monthly LLC<br><br>*Plaintiff(s)*<br>v.<br>Kelli Phillips and Robert Phillips<br><br>*Defendant(s)* | Civil Action No. 4:24-cv-2854 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kelli Phillips
3882 Turtle Creek Boulevard, #1509
Dallas, Texas 75219
or wherever she may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Russell Hardin, Jr.
Rusty Hardin & Associates, LLP
1401 McKinney Street, Suite 2250
Houston, Texas 77010
(713) 652-9000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*